# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GERALD KOSIROG, #231477, | § § § |
| VS. | §  CIVIL ACTION NO. 4:23-CV-542 § § |
| CITY OF DENTON POLICE DEPARTMENT, *et al.*, | § § |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation concluding that Plaintiff's claims, and lawsuit against Defendants, filed pursuant to 42 U.S.C. § 1983 should be dismissed with prejudice to their being asserted again until the *Heck* conditions are met (Dkt. #34). No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Plaintiff's claims, and lawsuit against Defendants, filed pursuant to 42 U.S.C. § 1983 are **DISMISSED** with prejudice to their being asserted again until the *Heck* conditions are met.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 28th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE